In the Matter of the Claim of GUSTAVE BEDERMAN, Respondent, against WALTER T. McNAMARA, Appellant.

STATE INDUSTRIAL BOARD et al., Respondents.

(Submitted May 21, 1935; decided June 4, 1935.)

*Jeremiah F. Connor* for appellant.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

*Paul J. Carr* for claimant-respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.